UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/27/2025
```

------------------------------------------------------------------X
                                :

JOHN GLOVER,                        :

                Petitioner,     :

                                  :                25-cv-2470 (LJL)

       -v-                      :

                                  :                  <u>ORDER</u>

WARDEN, FEDERAL BUREAU OF PRISONS,   :

                                  :

                Respondents.   :

------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Petitioner John Glover, who is incarcerated at the Residential Reentry Center in the

Bronx, New York, brings a petition for a writ of habeas corpus under 28 U.S.C. § 2241.  Dkt.

No. 1.  The United States Attorney's Office shall respond to the petition by April 16, 2025.

      SO ORDERED.

Dated: March 27, 2025
      New York, New York              _____
                                   LEWIS J. LIMAN
                              United States District Judge