**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
JOHN GLOVER,

                             Petitioner,                 25 **CIVIL** 2470 (LJL)

        -against-                                 **<u>JUDGMENT</u>**

WARDEN, FEDERAL BUREAU OF PRISONS,

                             Respondent.
--------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum and Order dated May 14, 2025, the petition is DENIED;

accordingly, the case is closed.

**DATED:** New York, New York
             May 14, 2025

                                      **TAMMI M. HELLWIG**
                               _____
                                      **Clerk of Court**

              **BY:**            _K. Mango_

                                  _____
                                    **Deputy Clerk**